**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-1739**

———————————

GREG GIVENS,

       Plaintiff - Appellant,

    v.

JOHN LONGWELL; H. E. NEUMANN COMPANY,

       Defendants - Appellees.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00290-JPB-JPM)

———————————

Submitted:  November 16, 2023               Decided:  November 21, 2023

———————————

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Greg Givens, Appellant Pro Se.  Gary Thomas Smith, M. Winiesdorffer-Schirripa, SMITHLAW PLLC, Clarksburg, West Virginia; Teresa J. Dumire, Shannon P. Smith, KAY CASTO & CHANEY PLLC, Morgantown, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals the district court's order dismissing without prejudice his civil complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Givens v. Longwell*, No. 5:22-cv-00290-JPB-JPM (N.D. W. Va. July 5, 2023). We deny Givens' motion to strike the informal response brief and impose sanctions, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Givens also seeks to appeal the district court's subsequent order denying his Fed. R. Civ. P. 59(e) motion. That order is not properly before us because Givens did not file an amended notice of appeal after the order issued. *See* Fed. R. App. P. 4(a)(4)(B)(ii).